Form oscmsdoc – oscmissdocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.:  18–28300–MBK
    Chapter:  7
    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Gary Novello
  1006 Papen Road
  Bridgewater, NJ 08807

Social Security No.:
  xxx–xx–6806

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO FILE DOCUMENTS

☑    The Court having noted that the debtor filed a petition on September 13, 2018, and did not file the following documents:

    Summary of Assets/Liabilities and Stat Info – Individuals, Declaration About An Individuals Schedule, Statement of Financial Affairs For Individuals, Atty Disclosure Statement, Statement of Your Current Monthly Income (122A–1), Means Test Calculation (122A–2) – If Applicable, Stmt of Exemption From Presumption of Abuse (122A–1 Supp) – If Applicable, Schedules A/B,C,D,E/F,G,H,I,J,

☐    The court having noted that the debtor's case was converted to chapter 13 on , and that the Court's local form, Chapter 13 Plan and Motions has not been filed,

It is hereby

ORDERED that the above document(s) must be received by the Clerk on or before 9/27/18 or the case will be dismissed.

If you object to dismissal you may file an Application to Extend Time to File Missing Documents or a written request for a hearing with the Clerk of the Bankruptcy Court at the address above. The Application or request must be received by the Clerk no later than 9/27/18.

If an Application to Extend Time to File Missing Documents is filed, the Court will either grant or deny your request and enter an order.

If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Michael B. Kaplan on

Date: October 10, 2018
Time: 10:00 am
Location: Courtroom 8
Address:   Clarkson S. Fisher Courthouse
            402 East State Street
            Trenton, NJ 08608–1507

**IMPORTANT: THE MOST RECENT VERSION OF EACH DOCUMENT MUST BE FILED.**

Dated: September 14, 2018
JAN: wdr

<u>Michael B. Kaplan</u>
United States Bankruptcy Judge