**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
David A. Ast   DA6948
AST & SCHMIDT, P.C.
PO Box 1309
222 Ridgedale Avenue
Morristown, NJ 07962-1309
973-984-1300   Fax 973-984-1478
david@astschmidtlaw.com
Attorneys for Debtor

Case No:   18-28300-MBK

In Re:

Chapter 7

Gary Novello,

Judge:   Michael B. Kaplan

            Debtor.

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:   Gary Novello
(Example: John Smith, creditor)

    Old address:   Tara Contracting LLC

    New address:   Tara Contracting LLC
                       Attn:   Joe Rossi
                       101 Crest Drive
                       Bernardsville, NJ 07924

    New phone no.:
    (if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: September 26, 2018        /s/ David A. Ast
                                            David A. Ast

*rev.2/1/16*