UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Douglas S. Stanger, Esquire
Flaster/Greenberg P.C.
646 Ocean Heights Avenue
Linwood, NJ 08221
(609) 645-1881
Counsel for Trustee
DS5141

Order Filed on November 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Gary Novello,

Debtor

Case No.: 18-28300

Judge: Michael B. Kaplan

Chapter: 7

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER AUTHORIZING RETENTION OF FLASTER GREENBERG P.C.

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

DATED: November 9, 2018

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re: **Gary Novello**

Case No.: **18-28300**

Applicant: **John W. Hargrave, Esquire, Chapter 7 Trustee**

(check all that apply) ☑ Trustee: ☑ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: **Flaster Greenberg P.C.**

Address of Professional: **646 Ocean Heights Avenue, Suite 103**

**Linwood, NJ 08221**

☐ Attorney for (check all that apply):
  ☑ Trustee ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Accountant for:
  ☐ Trustee ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Other Professional:
  ☐ Realtor ☐ Appraiser ☐ Special Counsel ☐ Auctioneer
  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date of the original 341(a) hearing.

*Rev. 6/1/06; jml*